UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIL... 
05 APR 21 AM 9 3.

ROBERT R. DI ... 'IO
CLERK, U.S. DI.. CT.
W.D. OF TN, MEMPHIS

JIMMY EVANS, as next of kin to
JERRELL EVANS, a minor,

       Plaintiff,

v.                                              Cv. No. 04-2571-Ma

DR. BOBBY WEBB, in his official capacity
as Superintendent of Shelby County Schools,
and DAVID PICKLER, on behalf of and in his
official capacity as Chairman of the
Shelby County School Board,

       Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Consent Order of Dismissal with Prejudice, docketed March 25, 2005.  Costs are taxed to the Plaintiff.

APPROVED: _____

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

April 20, 2005
_____
DATE

ROBERT R. DI TROLIO
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-22-05

(21)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02571 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

John P. Sheahan
LAW OFFICE OF TIMOTHY W. SMITH
2670 Union Extd.
Ste. 1200
Memphis, TN 38112

Timothy W. Smith
LAW OFFICE OF TIMOTHY W. SMITH
2670 Union Extd.
Ste. 1200
Memphis, TN 38112

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT